BEARDSLY ET AL. v. HALLS ET AL.

Chancery will administer complete redress to the parties.

PETITION in chancery; showing, that on the 1st of May, A. D. 1776, they sold the petitionees about thirty acres of land, and described it, and gave a bond to procure a title to said land by the 1st of April, A. D. 1778, the title being in Theophilus Beach of New York; that said Halls gave them their note for £51 3s. 9d. the purchase money, payable on the 1st of January A. D. 1778, with the interest; that said Halls entered immediately into the possession of said land, and have had the improvement thereof ever since; and by reason of the war they have been prevented getting a deed from said Beach; he having been in the enemy's lines, until since the war; that said Halls have sued your petitioners on said bond, which is depending in this court, and your petitioners have sued said Halls on said note, which is depending in the County Court; and that on the 3d of September A. D. 1790, they tendered to said Halls a good deed of said land which they refused to accept; and now offer and tender the same in court, and pray said Halls may be compelled to receive it; and that the petitioners be relieved against the penalty of their said bond.

The court heard the petition upon the merits, and ordered and decreed that the petitioners should cause to be made and delivered to the clerk of the court by the 1st of February next, a good authentic deed of said land, for the use of the respondents, and pay the cost of the action on said bond, or pay to the petitionees the sum of £300 lawful money; that the petitionees discontinue their action on said bond and deliver it to the clerk of the court, by the 1st of February 1792, or pay to the petitioners the sum of £300; that the petitioners recover on said note £99 9s. 7d., also £5 for the cost in said action; and that the petitioners discontinue their action on said note, or pay £300, and that upon the petitioners lodging said note with the clerk of this court, he grant execution for said debt and cost.